# United States Bankruptcy Court
## Middle District of Florida

In re:
ENCORE KITCHEN & BATH OF EDGEWATER, INC.,
Debtor.

Case No. 3:03-bk-08632-JAF

GREGORY L. ATWATER, AS CHAPTER 7 TRUSTEE,
Plaintiff,

v.

Adversary No. 04- 299

SETH WEISSMAN,
Defendant.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
| --- |
| Clerk of the Bankruptcy Court<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, Florida 32202 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Raymond R. Magley, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

September 15, 2004
*Date*

**DAVID K. OLIVERIA**
*Clerk of the Bankruptcy Court*

By: Nancy L Hodges
*Deputy Clerk*

## CERTIFICATE OF SERVICE

I, Raymond R. Magley, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, a copy of the complaint and the Order as to Preparation, Service and Return of Process and Establishing Motion Hearing Procedures dated September 15, 2004 was made September 22, 2004, by:

[X] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Seth Weissman
at his usual place of abode:
453 Fairway Club Dr.
Fripp Island, S.C. 29920

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of ____________, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

9/22/04
*Date*

*Signature*

| | |
|---|---|
| Print Name: | Raymond R. Magley |
| Business Address: | Smith Hulsey & Busey<br>225 Water Street<br>Suite 1800 |
| City, State: | Jacksonville, Florida |
| Zip Code: | 32202 |

472000